

**LEAKE & ANDERSSON** LLP

K. JOSEPH SALOOM, IV
ATTORNEY AT LAW

jsaloom@leakeandersson.com
REPLY TO LAFAYETTE OFFICE

November 5, 2015

**By email: Elaine_Solari@lawd.uscourts.gov**
Elaine Solari
Law Clerk
United States Magistrate Judge Kathleen Kay
Western District of Louisiana Lake Charles Division
611 Broad Street, Suite 209
Lake Charles, LA 70601
Tel: (337) 437-3874
Fax: (337) 437-8264 (facsimile)

    Re:    Fabrain Obear v. Jessie Lee Allen, Southeastern Freight Lines, Inc., and Travelers Indemnity Co.
           United States District Court, Western District of Louisiana
           Docket No.: 2:15-cv-02026
           L&A File No.: 4260.42095

Dear Mrs. Solari:

    This letter follows the telephone conference I initiated to Judge Magistrate Kay's chambers in an attempt to hold a Scheduling Conference for the above-captioned matter.

    As per the Scheduling Conference Order, counsel for Plaintiff was responsible for initiating a conference call on November 5, 2015 at 3:30 p.m. Undersigned counsel did not receive a call from counsel for Plaintiff at or around the time of the scheduled conference call. As such, at approximately 3:35 p.m., undersigned counsel initiated a call to Magistrate Judge Kay's chambers.

    Based on undersigned counsel's telephone conference with you, undersigned counsel submits this letter to confirm Defendants' attempt to participate in the Court mandated Scheduling Conference.

    The Court should also be advised that counsel for the Plaintiff did not make any disclosures. Thus, the only information Defendants have is from the police report.

    By copy of this letter, I am informing Plaintiff's counsel of my communication with the Court.

NEW ORLEANS OFFICE | 1100 POYDRAS STREET, SUITE 1700 | NEW ORLEANS, LA 70163 | T 504.585.7500 F 504.585.7775
LAFAYETTE OFFICE | 600 JEFFERSON STREET, SUITE 603 | LAFAYETTE, LA 70501 | P.O. DRAWER Z | LAFAYETTE, LA 70502 | T 337.233.7430 F 337.233.8403

MEMBER ALFA INTERNATIONAL | THE GLOBAL LEGAL NETWORK

With kindest regards I remain,

Very truly yours,

K. JOSEPH SALOOM, IV

Cc: Alycia Grace-O'Bear, Esq (via email: aobearlaw@gmail.com)
Patrick M. Wartelle, Esq. (via email: pwartelle@gmail.com)