RECEIVED
SEP - 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FABRAIN O'BEAR | * | CIVIL ACTION NO. 2:15-CV-2026 |
| v. | * | |
| | * | UNASSIGNED JUDGE |
| SOUTHEASTERN FREIGHT LINES, INC. ET AL. | * | |
| | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 53) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion *in Limine* (Rec. Doc. 34) is **GRANTED IN PART** and **DENIED IN PART**, consistent with the Magistrate Judge's recommendation.

Alexandria, Louisiana, this 5 day of September, 2017.

UNITED STATES DISTRICT JUDGE